## L. SCOTT FRANTZ *v.* RUTHERFORD R. ROMAINE ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 93 Conn. App. 385 (AC 25850), is denied.

*Philip H. Bartels*, in support of the petition.

*Joseph L. Clasen* and *Christopher J. Major*, in opposition.

Decided March 31, 2006

## VICTOR WEBB *v.* COMMISSIONER OF CORRECTION

The petitioner Victor Webb's petition for certification for appeal from the Appellate Court, 93 Conn. App. 901 (AC 26129), is denied.

*Robert J. McKay*, special public defender, in support of the petition.

*Christopher T. Godialis*, senior assistant state's attorney, in opposition.

Decided March 31, 2006